IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR 114-079-1 |
| KAMILYA NICHOLSON, | * | |
| Defendant, | * | |
| GARDENS AT SOUTHERN MANOR, | * | |
| Garnishee. | * | |

**O R D E R**

Pending before the Court is the United States' Motion for Entry of Final Order of Garnishment. (Doc. 24.) On November 19, 2014, a criminal judgment was entered against Kamilya Nicholson ("Defendant-Judgment Debtor"), which required her to pay a $100.00 special assessment and a restitution judgment of $198,416.15. (Doc. 14.) At the time this motion was filed, the outstanding balance was $195,336.15. On July 9, 2018, the Government sought and obtained a Writ of Garnishment as to Gardens at Southern Manor ("Garnishee"). (Docs. 15, 16, 17.) The writ was served on Garnishee, who then answered on August 18, 2018. (Doc. 19.) Defendant-Judgment Debtor, however, has not responded or objected to the Writ of Garnishment within the twenty-day period provided by statute. See 28 U.S.C. §§ 3205(c)(5), 3202(b), (d).

Accordingly, the entry of a final order is now appropriate. See 28 U.S.C. § 3205(c)(7). Although federal law allows the garnishment of up to twenty-five percent of a judgment debtor's nonexempt disposable earnings, the Government only seeks to garnish $25.00 per pay period from Defendant-Judgment Debtor's disposable earnings. Upon due consideration, the Court **GRANTS** the United States' motion (doc. 24) and orders as follows:

The Court **ORDERS** that Garnishee shall continue to pay to the Clerk of the Court within fifteen days of this Order the funds owed to the Defendant-Judgment Debtor in the amount of $25.00 per pay period. Such payments shall be made by certified check bearing case number 1:14-cr-0079-1, payable to "Clerk, U.S. District Court," and delivered to:

> United States District Court Clerk
> P.O. Box 1130
> Augusta, Georgia, 30903.

**IT IS FURTHER ORDERED** that the funds already received by the Clerk of Court shall continue to be applied to the Defendant-Judgment Creditor's current criminal judgment balance.

**IT IS FURTHER ORDERED** that the Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to:

> Kamilya Nicholson
> 134 Beasley Road
> Statesboro, GA 30461

and

2

United States Attorney's Office
Attn: Financial Litigation Unit
P.O. Box 8970
Savannah, GA 31412

**ORDER ENTERED** at Augusta, Georgia, this 10th day of October, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA